IN THE UNITED STATES COURT OF FEDERAL CLAIMS
CASE NO. 11-768C; 12-201 (Consolidated)

|  |  |  |
|---|---|---|
| SALMA ACEVEDO, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JOINT NOTICE OF APPEAL** (Judge Elaine D. Kaplan) |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

Notice is hereby given pursuant to RCFC 58.1 and Rules 3 and 4 of the Federal Rules of Appellate Procedure, that plaintiffs Salma Acevedo, Jessica Alfred, Jaime A. Alvarado, Peter J. Appelt, Adela T. Arguello, Marita Baez, Daniel E. Bautista, John Bilotti, Jr., William W. Bradley, Jeffrey Brodack, Pablo R. Cardenas, Olga L. Casey, Johnny R. Cisneros, Christine M. Cooper, Tommy L. Cooper, Pierre De Bono, James E. Dezendorf, Robert Dobiecki, George O. Dorado, Keith R. Durham, Cesar Espejo, Josefina Farias, Tara Fionda, Lisa Foose, Juan Antonio Gallardo, Catherine Giarraputo, Sergio Pimenta Godinho, Brian Herlihy, Cristobal Hernandez, Tracey Hill, Cheryl Lise Jacobo, David F. Jones, David R. Kaiser, Kenneth P. Kelly, Raymond F. Knopp, Tamara L. Lacy, David Landerer, Andrew J. Long, Richard J. Loria, Frank Maddalena, Ralph Martinez, Claudia Monistrol, Raymond Monzon, Randy Morabito, Todd Nicholas, Karen O'Neill, Thomas O'Shea, Dennyson F. Padilla, Jose E. Parrondo, Jeannine Perniciaro, Christine Powers, Jeannette Pozo, Ema Qyteza, Deborah Ann Reinosa, Gonzalo Reinosa, John Riomao, Dulce Maria Rodriguez, Karla Rodriguez, Kerri Rooney, Norman A. Roy, George Rudy, Debra K. Rutter, Jacqueline Salamon, Guillermo C. Salomon, Michael B. Sauer, Kenneth J. Scott, Charles Shegog, Linda Shoupe, Michael Silva, Stacey Simon, Adrian Smith, Michael J. Smith, Ronald M. Smith, Phillip

Thompson, Peter Touhy, Wayne T. Wilson, John F. Young and Robert Zylstra, in the above-captioned consolidated cases, hereby jointly appeal to the United States Court of Appeals for the Federal Circuit from the Corrected Reported Opinion of this Court entered in this case on April 29, 2015, and made final and appealable by reason of this Court's Order and Partial Judgment rendered pursuant to RCFC 58 dismissing Count II of plaintiffs' third amended complaint, entered by this Court on May 29, 2015, in which plaintiffs sought to recover so-called "danger pay" under 5 U.S.C. §§ 5921-5928.

                                                 Respectfully submitted,

| OF COUNSEL: | **/s/Linda Lipsett** |
|---|---|
| Jules Bernstein | Linda Lipsett (Counsel of Record) |
| | Bernstein & Lipsett, P.C. |
| Edgar James | 1130 Connecticut Avenue, N.W., Suite 950 |
| James & Hoffman, P.C. | Washington, D.C.  20036 |
| 1130 Connecticut Ave., N.W., Ste. 950 | (202) 296-1798 |
| Washington, D.C. 20036 | (202) 496-0555 facsimile |
| (202) 496-0500 | chouse@bernstein-lipsett.com |
| (202) 496-0555 facsimile | |
| Ejames@JamHoff.com | |

                                                 Attorneys for Plaintiffs

Dated: July 22, 2015

# United States Court of Appeals for the Federal Circuit
# In the United States Court of Federal Claims
## Appeal Information Sheet

**Assigned to:** Judge Elaine D. Kaplan

Referred to:

**Nature of Suit:** 304

**Type of Case**: Civilian Pay - FLSA

**ACEVEDO, ET AL.,**

      *Plaintiffs,*

      v.

**THE UNITED STATES**,

      *Defendant,*

**Docket No**. 11-768 C.

**Cross or Related**? No.

**Appellant is**.  Plaintiffs.

**Date** *(Partial Judgment  - re: Count II )* -  **Judgment Entered**: May 29, 2015.

**Date of Appeal:** July 22, 2015.

**Fee**: $505.00 paid.

*See docket sheet for defendant and plaintiff counsel representation information*

# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * *<br>＊<br>SALMA ACEVEDO, *et al*.,　　　　＊<br>　　　　　　　　　　　　　　　　＊<br>　　　　　　Plaintiffs,　　　　　＊<br>　　　　　　　　　　　　　　　　＊<br>　　v.　　　　　　　　　　　　　＊<br>　　　　　　　　　　　　　　　　＊<br>THE UNITED STATES OF AMERICA,　＊<br>　　　　　　　　　　　　　　　　＊<br>　　　　　　Defendant.　　　　　＊<br>　　　　　　　　　　　　　　　　＊<br>* * * * * * * * * * * * * * * * * | No. 11-768C; 12-201C<br>(Consolidated)<br><br>Filed: May 21, 2015 |

## ORDER

Before the Court is plaintiffs' motion for entry of judgment under Rule 54(b) of the Rules of the Court of Federal Claims ("RCFC"). ECF No. 74. By Opinion and Order on April 29, 2015, the Court dismissed plaintiffs' danger pay claim on the grounds of lack of jurisdiction. Plaintiffs contend that the entry of judgment under RCFC 54(b) on their danger pay claim would expedite the proceedings by permitting plaintiffs to appeal the Court's decision while plaintiffs litigate their remaining claims arising under the Fair Labor Standards Act. The government filed its response on May 19, 2015 stating that it did not oppose plaintiffs' motion.

RCFC 54(b) provides in relevant part:

**Judgment on Multiple Claims or Involving Multiple Parties.**
When an action presents more than one claim for relief—whether as a claim, counterclaim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.

"[I]n order for Rule 54(b) to apply, the judgment must be final with respect to one or more claims. The resolution of individual issues within a claim does not satisfy the requirements of

Rule 54(b)." <u>Houston Indus. Inc. v. United</u> States, 78 F.3d 564, 567 (Fed. Cir. 1996) (citing <u>Liberty Mut. Ins. Co. v. Wetzel</u>, 424 U.S. 737, 742-43 (1976)).

Here, the Court's resolution of plaintiffs' danger pay claim in its April 29, 2015 opinion constitutes a final disposition of that claim. Further, there is no just reason for delay of entry of a final judgment with respect to that claim. Accordingly, the plaintiffs' motion is **GRANTED**. In accordance with this Order and the Court's Corrected Opinion and Order filed on April 29, 2015, dismissing without prejudice Count II of Plaintiffs' Third Amended Complaint, the Clerk of the Court is directed to enter judgment pursuant to RCFC 54(b).

    **IT IS SO ORDERED.**

                                                  <u>s/Elaine D. Kaplan</u>
                                                  ELAINE D. KAPLAN
                                                  Judge, U.S. Court of Federal Claims

APPEAL,ECF,LEAD,PROTO

# US Court of Federal Claims
# United States Court of Federal Claims (COFC)
# CIVIL DOCKET FOR CASE #: 1:11-cv-00768-EDK
# Internal Use Only

| | |
|---|---|
| ACEVEDO et al v. USA | Date Filed: 11/14/2011 |
| Assigned to: Judge Elaine D. Kaplan | Jury Demand: None |
| Member case: | Nature of Suit: 304 Civilian Pay - FLSA |
|   1:12-cv-00201-EDK | Jurisdiction: U.S. Government Defendant |
| Cause: 28:1491 Tucker Act | |

**Plaintiff**

**SALMA ACEVEDO**   represented by **Linda Lipsett**
Bernstein & Lipsett, P.C.
1130 Connecticut Avenue, NW
Suite 950
Washington, DC 20036
(202) 296-1798
Email: chouse@bernstein-lipsett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAIME A. ALVARADO**   represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER J. APPELT**   represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN BILOTTI, JR.**   represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM W. BRADLEY**   represented by **Linda Lipsett**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEFFREY BRODACK** represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHNNY R. CISNEROS** represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PIERRE DE BONO** represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES E. DEZENDORF** represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT DOBIECKI** represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CESAR ESPEJO** represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TARA FIONDA** represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LISA FOOSE** represented by **Linda Lipsett**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUAN ANTONIO GALLARDO**　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CATHERINE GIARRAPUTO**　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SERGIO PIMENTA GODINHO**　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRIAN HERLIHY**　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CRISTOBAL HERNANDEZ**　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TRACEY HILL**　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHERYL LISE JACOBO**　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID F. JONES**　　　represented by **Linda Lipsett**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID R. KAISER**　　　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID LANDERER**　　　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANDREW J. LONG**　　　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RICHARD J. LORIA**　　　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

**JEANNETTE POZO**　　　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**GUILLERMO C. SALOMON**　　　　　represented by **Linda Lipsett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**　　　　　represented by **Lauren Springer Moore**
U. S. Department of Justice - Civil Div.
Post Office Box 480

Ben Franklin Station
Washington, DC 20044
(202) 616-0333
Fax: (202) 514-8640
Email: lauren.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shalom Brilliant**
U. S. Department of Justice - Civil Div.
Post Office Box 480
Ben Franklin Station
Washington, DC 20044
(202) 616-8275
Fax: (202)305-7643
Email: shalom.brilliant@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2015 | 85 | NOTICE OF APPEAL as to 71 Judgment,, filed by SALMA ACEVEDO, JAIME A. ALVARADO, PETER J. APPELT, JOHN BILOTTI, JR, PIERRE DE BONO, WILLIAM W. BRADLEY, JEFFREY BRODACK, JOHNNY R. CISNEROS, JAMES E. DEZENDORF, ROBERT DOBIECKI, CESAR ESPEJO, TARA FIONDA, LISA FOOSE, JUAN ANTONIO GALLARDO, CATHERINE GIARRAPUTO, SERGIO PIMENTA GODINHO, BRIAN HERLIHY, CRISTOBAL HERNANDEZ, TRACEY HILL, CHERYL LISE JACOBO, DAVID F. JONES, DAVID R. KAISER, DAVID LANDERER, ANDREW J. LONG, RICHARD J. LORIA, JEANNETTE POZO, GUILLERMO C. SALOMON. Filing fee $ 505, receipt number 9998-2899413. Copies to judge, opposing party and CAFC. (Lipsett, Linda) (Entered: 07/22/2015) |
| 06/29/2015 | 84 | JOINT STATUS REPORT , filed by USA. (Moore, Lauren) (Entered: 06/29/2015) |
| 05/29/2015 | 83 | [Partial] JUDGMENT entered, pursuant to Rule 58, dismissing Count II of plaintiffs' third amended complaint without prejudice. (Copy to parties) (dls) (Entered: 05/29/2015) |
| 05/29/2015 | 82 | JOINT STATUS REPORT , filed by USA. (Moore, Lauren) (Entered: 05/29/2015) |
| 05/26/2015 | 81 | ANSWER to Amended Complaint , filed by USA.JPSR due by 7/17/2015. (Moore, Lauren) (Entered: 05/26/2015) |
| 05/21/2015 | 80 | ORDER granting 74 Motion for Entry of Judgment under Rule 54(b) Signed by Judge Elaine D. Kaplan. (ca) Copy to parties. (Entered: 05/21/2015) |

| | | | |
|---|---|---|---|
| 05/19/2015 | | 79 | RESPONSE to 74 MOTION for Entry of Judgment under Rule 54(b) *Regarding the Court's Corrected Opinion and Order Filed on April 29, 2015 Dismissing Court II of Plaintiffs' Third Amended Complaint*, filed by USA.**Reply due by 5/29/2015.** (Moore, Lauren) (Entered: 05/19/2015) |
| 05/18/2015 | | 78 | ORDER granting 77 Motion for Extension of Time to Answer, **Answer due by 5/26/2015.** Signed by Judge Elaine D. Kaplan. (ca) Copy to parties. (Entered: 05/18/2015) |
| 05/18/2015 | | 77 | First MOTION for Extension of Time until 5/26/2015 to File Answer re 72 Amended Complaint, filed by USA.**Response due by 6/4/2015.** (Moore, Lauren) (Entered: 05/18/2015) |
| 05/11/2015 | 🔒 | 76 | TRANSCRIPT of Proceedings held on April 21, 2015 before Judge Elaine D. Kaplan. Total No. of Pages: 1-31. Procedures Re: Electronic Transcripts and Redactions. To order a copy of the proceeding (click HERE) Notice of Intent to Redact due 5/18/2015. Redacted Transcript Deadline set for 6/11/2015. Release of Transcript Restriction set for 8/10/2015. (ew) (Entered: 05/11/2015) |
| 05/11/2015 | | 75 | Notice Of Filing Of Certified Transcript for proceedings held on April 21, 2015 in Washington, D.C. (ew) (Entered: 05/11/2015) |
| 04/30/2015 | | 74 | MOTION for Entry of Judgment under Rule 54(b) *Regarding the Court's Corrected Opinion and Order Filed on April 29, 2015 Dismissing Court II of Plaintiffs' Third Amended Complaint*, filed by All Plaintiffs.**Response due by 5/18/2015.** (Attachments: # 1 Plaintiffs' Memorandum of Law in Support of Its Motion Under RCFC 54(b), # 2 Text of Proposed Order Proposed Order)(Lipsett, Linda) (Entered: 04/30/2015) |
| 04/29/2015 | | 73 | CORRECTED REPORTED OPINION and ORDER granting 54 Motion to Dismiss - Rule 12(b)(1); withdrawing 70 Reported Opinion; and vacating judgment dismissing Count II of plaintiffs' third amended complaint without prejudice. Status Report due by 5/29/2015. Signed by Judge Elaine D. Kaplan. (ca) Copy to parties. (Entered: 04/29/2015) |
| 04/29/2015 | | 72 | AMENDED COMPLAINT against USA, filed by All Plaintiffs. Amendment to 1 Complaint,, *THIRD AMENDED COMPLAINT*.**Answer due by 5/18/2015.** (Lipsett, Linda) (Entered: 04/29/2015) |
| 04/29/2015 | | 71 | **\*\*VACATED PURSUANT TO THE CORRECTED OPINION AND ORDER OF APRIL 29, 2015\*\*** JUDGMENT entered, pursuant to Rule 58, dismissing Count II of plaintiffs' third amended complaint without prejudice. (Copy to parties) (dls) Modified on 5/1/2015 to indicate judgment has been vacated. (dls). (Entered: 04/29/2015) |
| 04/28/2015 | | 70 | **\*\*WITHDRAWN PURSUANT TO THE CORRECTED OPINION AND ORDER OF APRIL 29, 2015\*\*** REPORTED OPINION granting 54 Motion to Dismiss - Rule 12(b)(1) (Status Report due by 5/28/2015) The Clerk is directed to enter judgment. Signed by Judge Elaine D. |

| | | |
|---|---|---|
| | | Kaplan. (ca) Copy to parties. Modified on 5/1/2015 to indicate opinion has been withdrawn. (dls). (Entered: 04/28/2015) |
| 04/09/2015 | 69 | ORDER Setting Hearing on 54 Corrected MOTION to Dismiss pursuant to Rule 12(b)(1) : **Oral Argument set for 4/21/2015 at 10:00 AM in Courtroom before Judge Elaine D. Kaplan.** Signed by Judge Elaine D. Kaplan. (cr) Copy to parties. (Entered: 04/09/2015) |
| 02/26/2015 | 68 | REPLY to Response to Motion re 54 Corrected MOTION to Dismiss pursuant to Rule 12(b)(1) , filed by USA. (Moore, Lauren) (Entered: 02/26/2015) |
| 02/25/2015 | 67 | ORDER granting 66 Motion to Amend Pleadings - Rule 15(b). Signed by Judge Elaine D. Kaplan. (cr) Copy to parties. (Entered: 02/25/2015) |
| 02/24/2015 | 66 | Unopposed MOTION to Amend Pleadings - Rule 15 1 Complaint,, , filed by All Plaintiffs.**Response due by 3/13/2015.** (Attachments: # 1 Third Amended Complaint)(Lipsett, Linda) (Entered: 02/24/2015) |
| 02/10/2015 | 65 | ORDER granting 64 First MOTION for Extension of Time until 02/26/15 to File Reply. **Reply due by 2/26/2015.** Signed by Judge Elaine D. Kaplan. (cr) Copy to parties. (Entered: 02/10/2015) |
| 02/10/2015 | 64 | First MOTION for Extension of Time until 02/26/15 to File Reply , filed by USA.**Response due by 2/27/2015.**(Moore, Lauren) (Entered: 02/10/2015) |
| 01/26/2015 | 63 | **SEALED** RESPONSE to 54 Corrected MOTION to Dismiss pursuant to Rule 12(b)(1) , filed by All Plaintiffs. **Reply due by 2/12/2015.** (Attachments: # 1 Exhibit Pls' Exhibit 1 - Declaration of Linda Lipsett, # 2 Exhibit Pls' Exhibit 2 - Declaration of Cheryl Lise Jacobo, # 3 Exhibit Pls' Exhibit 3 - Declaration of Jose Parrondo, # 4 Exhibit Pls' Exhibit 4 - Declaration of Raymond Monzon)(Lipsett, Linda) Modified on 2/3/2015 to correct reply due date. (dls). (Entered: 01/26/2015) |
| 12/15/2014 | 62 | ORDER granting 61 Unopposed MOTION for Extension of Time until January 30, 2015 to File Response as to 53 MOTION to Dismiss pursuant to Rule 12(b)(1). **Response due by 1/30/2015.** Signed by Judge Elaine D. Kaplan. (cr) Copy to parties. (Entered: 12/15/2014) |
| 12/08/2014 | 61 | Unopposed MOTION for Extension of Time until January 30, 2015 to File Response as to 53 MOTION to Dismiss pursuant to Rule 12(b)(1) , filed by All Plaintiffs.**Response due by 12/29/2014.**(Lipsett, Linda) (Entered: 12/08/2014) |
| 10/10/2014 | 60 | ORDER granting 59 Unopposed MOTION for Extension of Time until 12/12/2014 to File Response as to 53 MOTION to Dismiss pursuant to Rule 12(b)(1). **Response due by 12/12/2014.** Signed by Judge Elaine D. Kaplan. (cr) Copy to parties. (Entered: 10/10/2014) |
| 10/02/2014 | 59 | Unopposed MOTION for Extension of Time until 12/12/2014 to File Response as to 53 MOTION to Dismiss pursuant to Rule 12(b)(1) , filed |

| | | |
|---|---|---|
| | | by All Plaintiffs.**Response due by 10/20/2014.**(Lipsett, Linda) (Entered: 10/02/2014) |
| 09/05/2014 | 58 | PROTECTIVE ORDER. Signed by Judge Elaine D. Kaplan. (cr) Copy to parties. (Entered: 09/05/2014) |
| 09/04/2014 | 57 | Joint MOTION for Protective Order , filed by USA.**Response due by 9/22/2014.** (Attachments: # 1 Text of Proposed Order)(Moore, Lauren) (Entered: 09/04/2014) |
| 07/16/2014 | 56 | ORDER granting 55 Motion for Discovery. Signed by Judge Elaine D. Kaplan. (cr) Copy to parties. (Entered: 07/16/2014) |
| 07/11/2014 | 55 | MOTION for Discovery *Plaintiffs Motion for Leave of Court to Submit Discovery to Defendant*, filed by All Plaintiffs.**Response due by 7/28/2014.** (Attachments: # 1 Attachment A, # 2 Attachment B)(Lipsett, Linda) (Entered: 07/11/2014) |
| 06/24/2014 | 54 | Corrected MOTION to Dismiss pursuant to Rule 12(b)(1) , filed by USA.**Response due by 7/25/2014.** (Attachments: # 1 Appendix Corrected Appendix)(Moore, Lauren) (Entered: 06/24/2014) |
| 06/23/2014 | 53 | MOTION to Dismiss pursuant to Rule 12(b)(1) , filed by USA.**Response due by 7/24/2014.** (Attachments: # 1 Appendix)(Moore, Lauren) (Entered: 06/23/2014) |
| 06/20/2014 | 52 | ORDER granting 50 Motion for Extension of Time Signed by Judge Elaine D. Kaplan. (ca) Copy to parties. (Entered: 06/20/2014) |
| 06/16/2014 | 51 | NOTICE of Change of Address by Linda Lipsett (Lipsett, Linda) (Entered: 06/16/2014) |
| 06/10/2014 | 50 | First MOTION for Extension of Time to to file a dispositive motion , filed by USA.**Response due by 6/27/2014.**(Moore, Lauren) (Entered: 06/10/2014) |
| 05/22/2014 | 49 | TRANSCRIPT of Proceedings held on May 13, 2014 before Judge Elaine D. Kaplan. Total No. of Pages: 1-15. Procedures Re: Electronic Transcripts and Redactions. To purchase a copy, contact the clerk's office at (202) 357-6414. Notice of Intent to Redact due 5/29/2014. Redacted Transcript Deadline set for 6/23/2014. Release of Transcript Restriction set for 8/21/2014. (dw1) (Entered: 05/22/2014) |
| 05/22/2014 | 48 | Notice Of Filing Of Certified Transcript for proceedings held on May 13, 2014 in Washington, DC. (dw1) (Entered: 05/22/2014) |
| 05/14/2014 | | Minute Entry - Was the proceeding sealed to the public No. Proceeding held in Washington, DC on 5/13/2014., ended on 5/13/2014, before Judge Elaine D. Kaplan: Status Conference. [Total number of days of proceeding: 1]. Official Record of proceeding taken via electronic digital recording (EDR). To order a certified transcript or an audio copy of the proceeding (click HERE)(cr) (Entered: 05/14/2014) |
| 05/13/2014 | | SEE CASE NO. 12-201C FOR ORDER Consolidating Cases. Signed by Judge Elaine D. Kaplan. (dls) Copy to parties. (Entered: 05/14/2014) |

| | | |
|---|---|---|
| 05/13/2014 | 47 | SCHEDULING ORDER: **Motion(s) due by 6/13/2014. Response due by 7/14/2014. Reply due by 7/28/2014.** Signed by Judge Elaine D. Kaplan. (ca) Copy to parties. (Entered: 05/13/2014) |
| 05/05/2014 | 46 | ORDER denying 35 Motion to Transfer Signed by Judge Elaine D. Kaplan. (ca) Copy to parties. (Entered: 05/05/2014) |
| 04/30/2014 | 45 | STATUS CONFERENCE ORDER: **Status Conference set for 5/13/2014 at 10:30 AM in Chambers (Telephonic) before Judge Elaine D. Kaplan.** Signed by Judge Elaine D. Kaplan. (cr) Copy to parties. (Entered: 04/30/2014) |
| 03/25/2014 | 44 | NOTICE of Reassignment. Case reassigned to Judge Elaine D. Kaplan for all further proceedings. Judge Nancy B. Firestone no longer assigned to the case. (jb) (Entered: 03/25/2014) |
| 03/25/2014 | 43 | ORDER REASSIGNING CASE to Judge Elaine D. Kaplan. Signed by Judge Nancy B. Firestone. (dpk) Copy to parties. (Entered: 03/25/2014) |
| 03/07/2014 | 42 | NOTICE, filed by All Plaintiffs *Notification of Issuance of Decision in Roberts v. United States* (Lipsett, Linda) (Entered: 03/07/2014) |
| 12/04/2013 | 41 | NOTICE of Reassignment. Case reassigned to Judge Nancy B. Firestone for all further proceedings. Judge Elaine D. Kaplan no longer assigned to the case. (dls) (Entered: 12/06/2013) |
| 12/04/2013 | 40 | ORDER REASSIGNING CASE to Judge Nancy B. Firestone. Signed by Judge Elaine D. Kaplan. (cr) Copy to parties. (Entered: 12/04/2013) |
| 11/25/2013 | 39 | NOTICE of Reassignment. Case reassigned to Judge Elaine D. Kaplan for all further proceedings. Judge Susan G. Braden no longer assigned to the case. (vro) (Entered: 11/25/2013) |
| 11/25/2013 | 38 | ORDER TRANSFERRING CASE to Judge Elaine Kaplan. Signed by Chief Judge Patricia E. Campbell-Smith. (ss5) Copy to parties. (Entered: 11/25/2013) |
| 08/26/2013 | 37 | REPLY to Response to Motion re 35 MOTION to Transfer to U.S. District Court for the District of Columbia , filed by USA. (Moore, Lauren) (Entered: 08/26/2013) |
| 08/15/2013 | 36 | RESPONSE to 35 MOTION to Transfer to U.S. District Court for the District of Columbia , filed by All Plaintiffs.**Reply due by 8/26/2013.** (Lipsett, Linda) (Entered: 08/15/2013) |
| 07/29/2013 | 35 | MOTION to Transfer to U.S. District Court for the District of Columbia, filed by USA.**Response due by 8/15/2013.**(Moore, Lauren) (Entered: 07/29/2013) |
| 07/16/2013 | 34 | ORDER STAYING CASE Signed by Judge Susan G. Braden. (al) Copy to parties. (Entered: 07/16/2013) |
| 05/23/2013 | 33 | ORDER denying 31 Motion for Extension of Time; denying 30 Motion for Extension of Time Signed by Judge Susan G. Braden. (al) Copy to parties. (Entered: 05/23/2013) |

| | | |
|---|---|---|
| 05/20/2013 | 32 | RESPONSE to 31 Second MOTION for Extension of Time until 06/17/13 to to file revised dispositive motion , filed by All Plaintiffs.**Reply due by 5/31/2013.** (Lipsett, Linda) (Entered: 05/20/2013) |
| 05/03/2013 | 31 | Second MOTION for Extension of Time until 06/17/13 to to file revised dispositive motion , filed by USA.**Response due by 5/20/2013.**(Moore, Lauren) (Entered: 05/03/2013) |
| 05/02/2013 | 30 | Second MOTION for Extension of Time until 06/17/13 to to file a revised dispositive motion , filed by USA.**Response due by 5/20/2013.** (Moore, Lauren) (Entered: 05/02/2013) |
| 03/13/2013 | 29 | ORDER granting 28 Motion for Extension of Time **Motion(s) due by 5/3/2013.** Signed by Judge Susan G. Braden. (al) Copy to parties. (Entered: 03/13/2013) |
| 03/12/2013 | 28 | First MOTION for Extension of Time until 05/03/2013 to to file revised motion , filed by USA.**Response due by 3/29/2013.**(Moore, Lauren) (Entered: 03/12/2013) |
| 02/07/2013 | 27 | NOTICE of Appearance by Lauren Springer Moore for USA. (Moore, Lauren) (Entered: 02/07/2013) |
| 12/17/2012 | 26 | TRANSCRIPT of Proceedings held on November 19, 2012 before Judge Susan G. Braden. Total No. of Pages: 1-35. Procedures Re: Electronic Transcripts and Redactions. For copy, contact Heritage Court Reporting, (202) 628-4888. Forms to Request Transcripts. Notice of Intent to Redact due 12/26/2012. Redacted Transcript Deadline set for 1/17/2013. Release of Transcript Restriction set for 3/18/2013. (dw1) (Entered: 12/17/2012) |
| 12/17/2012 | 25 | Notice Of Filing Of Certified Transcript for proceedings held on November 19, 2012 in Washington, DC. (dw1) (Entered: 12/17/2012) |
| 11/20/2012 | | Minute Entry for proceeding held in Washington, DC on 11/19/2012 before Judge Susan G. Braden: Oral Argument. [Total number of days of proceeding: 1]. Official Record of proceeding taken via electronic digital recording (EDR). (Click HERE for link to Court of Federal Claims web site forms page for information on ordering: certified transcript from reporter or certified transcript of proceeding from official digital recording.)(al) (Entered: 11/20/2012) |
| 11/19/2012 | 24 | SCHEDULING ORDER: **Motion(s) due by 3/19/2013.** Signed by Judge Susan G. Braden. (al) Copy to parties. (Entered: 11/19/2012) |
| 09/14/2012 | 23 | NOTICE of Voluntary Dismissal without prejudice, [Kerri Rooney, plaintiff number 56] filed by All Plaintiffs (Lipsett, Linda) Modified on 9/14/2012 (bre). (Entered: 09/14/2012) |
| 09/10/2012 | 22 | MOTION to Voluntarily Dismiss pursuant to Rule 41(a) *plaintiff Kerri Rooney without prejudice*, filed by All Plaintiffs.**Response due by 9/27/2012.**(Lipsett, Linda) (Entered: 09/10/2012) |
| 05/22/2012 | 21 | |

| | | |
|---|---|---|
| | | SUR-REPLY re 11 MOTION to Dismiss pursuant to Rule 12(b)(1) *as to Count II* MOTION for More Definite Statement *as to Count I*, filed by All Plaintiffs. (Kraft, Emilie) (Entered: 05/22/2012) |
| 05/22/2012 | 20 | ORDER granting 18 Motion for Leave to File Sur-Reply Signed by Judge Susan G. Braden. (mh) Copy to parties. (Entered: 05/22/2012) |
| 05/17/2012 | 19 | RESPONSE to 18 MOTION for Leave to File Sur-reply in Opposition to Defendant's Motion to Dismiss, filed by USA.**Reply due by 5/29/2012.** (Brilliant, Shalom) (Entered: 05/17/2012) |
| 05/14/2012 | 18 | MOTION for Leave to File Sur-reply in Opposition to Defendant's Motion to Dismiss, filed by All Plaintiffs.**Response due by 6/1/2012.** (Attachments: # 1 Sur-reply in Further Opposition to Defendant's Motion to Dismiss)(Kraft, Emilie) (Entered: 05/14/2012) |
| 04/26/2012 | 17 | REPLY to Response to Motion re 11 MOTION to Dismiss pursuant to Rule 12(b)(1) *as to Count II* MOTION for More Definite Statement *as to Count I*, filed by USA. (Brilliant, Shalom) (Entered: 04/26/2012) |
| 04/13/2012 | 16 | ORDER granting 15 Motion for Extension of Time to File Reply **Reply due by 4/26/2012.** Signed by Judge Susan G. Braden. (mh) Copy to parties. (Entered: 04/13/2012) |
| 04/12/2012 | 15 | Unopposed MOTION for Extension of Time to File Reply as to 11 MOTION to Dismiss pursuant to Rule 12(b)(1) *as to Count II* MOTION for More Definite Statement *as to Count I*, 14 Response to Motion [Dispositive], Response to Motion [Dispositive], filed by USA.**Response due by 4/30/2012.**(Brilliant, Shalom) (Entered: 04/12/2012) |
| 03/29/2012 | 14 | RESPONSE to 11 MOTION to Dismiss pursuant to Rule 12(b)(1) *as to Count II* MOTION for More Definite Statement *as to Count I*, filed by All Plaintiffs.**Reply due by 4/16/2012.** (Attachments: # 1 Exhibit Declaration of Cheryl Lise Jacobo, # 2 Exhibit Declaration of Jose Parrondo, # 3 Exhibit DSSR Excerpts)(Kraft, Emilie) (Entered: 03/29/2012) |
| 02/23/2012 | 13 | ORDER granting 12 Motion for Extension of Time to File Response re 11 MOTION to Dismiss pursuant to Rule 12(b)(1) *as to Count II* MOTION for More Definite Statement *as to Count I* **Response due by 3/29/2012.** Signed by Judge Susan G. Braden. (mh) Copy to parties. (Entered: 02/23/2012) |
| 02/22/2012 | 12 | Unopposed MOTION for Extension of Time until 3/29/2012 to File Response as to 11 MOTION to Dismiss pursuant to Rule 12(b)(1) *as to Count II* MOTION for More Definite Statement *as to Count I*, filed by All Plaintiffs.**Response due by 3/12/2012.**(Lipsett, Linda) (Entered: 02/22/2012) |
| 02/13/2012 | 11 | MOTION to Dismiss pursuant to Rule 12(b)(1) *as to Count II* (Response due by 3/15/2012.), MOTION for More Definite Statement *as to Count I* (Response due by 3/1/2012.), filed by USA.(Brilliant, Shalom) (Entered: 02/13/2012) |
| | | |

| Date | No. | Description |
|---|---|---|
| 01/24/2012 | 10 | ORDER granting 9 Motion to Amend Pleadings - Rule 15(b) Signed by Judge Susan G. Braden. (mh) Copy to parties. (Entered: 01/24/2012) |
| 01/20/2012 | 9 | Unopposed MOTION to Amend Pleadings - Rule 15 1 Complaint,,, filed by All Plaintiffs.**Response due by 2/6/2012.** (Attachments: # 1 Second Amended Complaint)(Lipsett, Linda) (Entered: 01/20/2012) |
| 01/12/2012 | 8 | ORDER granting 7 Motion for Extension of Time to Answer, **Answer due by 2/13/2012.** Signed by Judge Susan G. Braden. (mh) Copy to parties. (Entered: 01/12/2012) |
| 01/11/2012 | 7 | Unopposed MOTION for Extension of Time until 2/13/2012 to File Answer re 6 Amended Complaint, filed by USA.**Response due by 1/30/2012.**(Brilliant, Shalom) (Entered: 01/11/2012) |
| 12/13/2011 | 6 | AMENDED COMPLAINT against USA, filed by All Plaintiffs..Answer due by 1/13/2012. (Lipsett, Linda) (Entered: 12/13/2011) |
| 12/01/2011 | 5 | NOTICE of Appearance by Shalom Brilliant for USA. (Brilliant, Shalom) (Entered: 12/01/2011) |
| 11/14/2011 | 4 | ORDER This case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. In addition to complying with the courts policy concerning CM/ECF, contained in Appendix E to the Rules of the Court and the Notice of Designation filed by the Clerks Office, counsel are directed to provide a hard copy of all filings that exceed 100 pages, including any appendices or exhibits. The hard copy shall be delivered to the Clerks Office for delivery to chambers and shall be addressed in a manner to ensure prompt delivery to the undersigneds chambers. All filings shall comply with the courts rules which are available on the court's website at www.uscfc.uscourts.gov.Signed by Judge Susan G. Braden. (bre) Copy to parties. (Entered: 11/15/2011) |
| 11/14/2011 | 3 | NOTICE of Designation of Electronic Case. (bre) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | NOTICE of Assignment to Judge Susan G. Braden. (bre) (Entered: 11/15/2011) |
| 11/14/2011 | 1 | COMPLAINT against USA (HLS) (Filing fee $350, Receipt number 073012) (Copy Served Electronically on Department of Justice), filed by CRISTOBAL HERNANDEZ, BRIAN HERLIHY, JEFFREY BRODACK, CESAR ESPEJO, JOHN BILOTTI, JR, JAMES E. DEZENDORF, SALMA ACEVEDO, TARA FIONDA, JOHNNY R. CISNEROS, CATHERINE GIARRAPUTO, LISA FOOSE, JUAN ANTONIO GALLARDO, CHERYL LISE JACOBO, JAIME A. ALVARADO, WILLIAM W. BRADLEY, DAVID F. JONES, ANDREW J. LONG, PIERRE DE BONO, RICHARD J. LORIA, DAVID LANDERER, TRACEY HILL, DAVID R. KAISER, ROBERT DOBIECKI, SERGIO PIMENTA GODINHO, PETER J, APPELT.**Answer due by 1/13/2012.** (Attachments: # 1 Civil Cover Sheet)(bre) (Entered: 11/15/2011) |